# GLYNN  MERCEP AND PURCELL, LLP
## LAWYERS

NORTH COUNTRY ROAD, P.O. BOX 712
STONY BROOK, L.I., NEW YORK 11790-0712
631-751-5757
www.glymerlaw.com

A. CRAIG PURCELL
ANTHONY W. MERCEP*
TIMOTHY B. GLYNN

SCOTT B. MacLAGAN
DEIRDRE E. CARITO

*N.Y. AND MASS. BARS

**HAUPPAUGE OFFICE**
**(NO MAIL PLEASE)**
140 FELL COURT, STE 303
HAUPPAUGE, NY  11788

OF COUNSEL
MARTIN F. SIMON

March 25, 2014

**VIA ECF**
**AND FIRST CLASS MAIL**
Honorable William H. Pauley, III
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States of America v. Igor Belyansky, et al.
              Indictment No. S1 13 Cr. 161 (WHP)

Dear Judge Pauley:

    Please be advised that my client, Igor Belyansky, has been ordered to report to FCI Fairton Satellite Camp in New Jersey, while his twin brother, Rostislav Belyansky has been ordered to report to FCI Otisville Satellite Camp in New York State.

    Due to the proximity of Otisville to where Mr. Belyansky's parents reside in the Bronx, he is respectfully requesting that you indicate your approval of his request to be housed at Otisville, subject to the availability of a place for him.

    Thank you for your consideration in this matter.

                        Very truly yours,

                        GLYNN MERCEP and PURCELL, LLP

                        /s/

                        A. Craig Purcell

ACP/gpa
MagistratePauleySwitchCamps.wpd